IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a    )
domestic corporation, and     )
DONALD R. RAUGHTON, SR.,      )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:21cv357-MHT
                              )         (WO)
POWERSCREEN CRUSHING AND      )
SCREENING, LLC., a foreign    )
corporation, et al.,          )
                              )
     Defendants.              )
```

### ORDER

It is ORDERED that the motions to dismiss (Doc. 1-3, Doc. 1-4, & Doc. 1-5) are denied as moot in light of the filing of the second amended complaint (Doc. 1-7).

DONE, this the 8th day of September, 2021.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**