IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a  )
domestic corporation, and   )
DONALD R. RAUGHTON, SR.,    )
                            )
     Plaintiffs,            )
                            )   CIVIL ACTION NO.
     v.                     )    2:21cv357-MHT
                            )        (WO)
POWERSCREEN CRUSHING AND    )
SCREENING, LLC., a foreign  )
corporation, et al.,        )
                            )
     Defendants.            )
```

ORDER

Based on plaintiff Donald R. Raughton, Sr.'s oral motion to dismiss his action against all defendants, made on the record on March 5, 2024, which defendants do not oppose, it is the ORDER, JUDGMENT, and DECREE that:

(1) Plaintiff Raughton's motion to dismiss his action against all defendants voluntarily is granted pursuant to Federal Rule of Civil Procedure 41(a)(2). *See Dorn v. Vivint, Inc.*, No. 2:19cv258-MHT, --- F. Supp. 3d ---, 2024 WL 709207 (M.D. Ala. Feb. 21, 2024)

(holding that dismissal of one plaintiff's action in a multi-plaintiff case is permissible under Federal Rule of Civil Procedure 41(a)).

(2) All of plaintiff Raughton's claims against all defendants are dismissed, and he is terminated as a party to this action.

Plaintiff Alabama Aggregate, Inc.'s claims remain pending.  This case is not closed.

DONE, this the 6th day of March, 2024.

                                            /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE