IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA AGGREGATE, INC., a ) <br> domestic corporation,   ) <br>                            ) <br>      Plaintiff,           ) <br>                            ) <br>      v.                    ) <br>                            ) <br> POWERSCREEN CRUSHING AND   ) <br> SCREENING, LLC., a foreign ) <br> corporation, et al.,       ) <br>                            ) <br>      Defendants.           ) | CIVIL ACTION NO. <br> 2:21cv357-MHT <br> (WO) |

ORDER

During the hearing on March 5, 2024, plaintiff and defendant Caterpillar Inc. disputed whether plaintiff properly pleaded a claim for breach of express warranty in its complaint as part of claim labelled "breach of contract."  When this dispute first became apparent in 2022, plaintiff requested leave to amend the complaint "[i]f the Court is inclined."  Pl.'s Response to Defendant Caterpillar Inc.'s Motion for Summary Judgment (Doc. 63) at 20, n.12.  That request has not been addressed to date.  The court is willing to

consider whether to grant leave to amend the complaint. However, the issue needs to be briefed.

***

Accordingly, it is ORDERED that:

(1) By March 13, 2024, plaintiff shall file a properly supported motion for leave to amend the complaint under Federal Rule of Civil Procedure 15, with the proposed amended complaint attached as required by Middle District of Alabama Local Rule 15.1 ("A party who moves to amend a pleading, document or other papers shall attach the original of the amendment to the motion.  Any amendment to a pleading, document or other papers, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading, document or other papers as amended, and may not incorporate any prior pleading, document or other papers by reference.").

(2) Defendants shall respond to the motion by March 20, 2024, and plaintiff may file a reply by March 25, 2024.

DONE, this the 6th day of March, 2024.

                             /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE