IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a  )
domestic corporation,       )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )         2:21cv357-MHT
                            )              (WO)
POWERSCREEN CRUSHING AND    )
SCREENING, LLC., a foreign  )
corporation, et al.,        )
                            )
     Defendants.            )
```

## JUDGMENT

Based on the representations made on the record on March 5, 2024, and on plaintiff's notice regarding remaining claims (Doc. 154), it is ORDERED, ADUDGED, and DECREED that:

(1) Defendants' motions for summary judgment (Doc. 56, Doc. 86, Doc. 88, and Doc. 98) are granted only as to plaintiff's claims for fraudulent misrepresentation, breach of implied warranty of fitness for a particular purpose, private nuisance, and violation of the Alabama Heavy Equipment Dealer Act.  The motions otherwise remain pending.

(2) Judgment is entered for defendants and against plaintiff on the above-mentioned claims, with plaintiff taking nothing by its complaint on said claims.

(3) Plaintiff's claims for breach of contract (breach of express warranty), fraudulent concealment/suppression, unjust enrichment, and breach of implied warranty of merchantability remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of March, 2024.

                                 <u>/s/ Myron H. Thompson</u>
                                 UNITED STATES DISTRICT JUDGE