IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a  )
domestic corporation,       )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:21cv357-MHT
                            )         (WO)
POWERSCREEN CRUSHING AND    )
SCREENING, LLC., a foreign  )
corporation, et al.,        )
                            )
     Defendants.            )
```

ORDER

Based on the representations made on the record on March 5, 2024, and on plaintiff's notice regarding remaining claims (Doc. 154); and because, with the dismissal of one of the plaintiffs, the elimination of several claims, the clarification of the remaining claims, the anticipated resolution after briefing of whether plaintiff can amend the complaint, and, as required below, the clearer briefing of the remaining claims, the briefs will be more focused and the issues more easily resolved by the court, it is ORDERED, ADUDGED, and DECREED that:

(1) Defendants' motions for summary judgment (Doc. 56, Doc. 86, Doc. 88, and Doc. 98) are denied as to the remaining claims with leave to renew by March 13, 2024.

(2) Should defendants file renewed motions for summary judgment, they shall not incorporate arguments by reference to prior filings or refer the court to previously filed exhibits.  All arguments and exhibits should be filed as if they had not been filed before, so the court does not need to look elsewhere in the record for arguments or documents.  This requirement shall apply to responses and reply briefs as well.

(3) In responding to a statement of undisputed facts, the responding party shall restate each purported undisputed fact immediately before explaining whether the fact is agreed to or not, so that the court does not need to look back to the prior brief to identify the fact being addressed.  If so desired, this can be done in the form of a chart, with the purported undisputed facts in one column and responses to the

facts in another, for ease of organization and readability.

DONE, this the 6th day of March, 2024.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE