IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a   )
domestic corporation,        )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:21cv357-MHT
                             )         (WO)
POWERSCREEN CRUSHING AND     )
SCREENING, LLC., a foreign   )
corporation, et al.,         )
                             )
     Defendants.             )
```

**ORDER**

Upon further consideration, in an effort to streamline the case, and because, with the dismissal of one of the plaintiffs, the elimination of several claims, the clarification of the remaining claims, and the anticipated resolution after briefing of whether plaintiff can amend the complaint, the briefs will be more focused and the issues more easily resolved by the court, it is ORDERED that:

(1) The order extending the deadline to renew motions for summary judgment to March 20, 2024 (Doc. 168) is modified to the extent that the deadline to

renew motions for summary judgment is reset to 10 days after the court resolves plaintiff's motion for leave to amend the complaint (Doc. 169).

(2) The motions seeking to exclude expert testimony (Doc. 96, Doc. 102, and Doc. 103) are denied with leave to renew by 10 days after the court resolves plaintiff's motion for leave to amend the complaint (Doc. 169).

(3) The previously given instructions on rebriefing shall apply to all renewed motions and briefing.  *See* Order (Doc. 164).

DONE, this the 14th day of March, 2024.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE