IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA AGGREGATE, INC., a  )
domestic corporation,       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )     2:21cv357-MHT
                            )         (WO)
POWERSCREEN CRUSHING AND    )
SCREENING, LLC., a foreign  )
corporation, et al.,        )
                            )
    Defendants.             )
```

**JUDGMENT**

Upon consideration of plaintiff's unopposed motion to dismiss its claims against defendant Caterpillar, Inc., and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion (Doc. 291) is granted, and ALL of plaintiff's claims against defendant Caterpillar, Inc. are dismissed with prejudice, with the parties to bear their own costs. Defendant Caterpillar, Inc. is terminated as a party to this action. Plaintiff's claims remain pending against all other defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is referred back to the United States Magistrate Judge for further proceedings.**

**DONE, this the 8th day of April, 2025.**

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**