# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT

TELEPHONE (334) 954-3600

July 9, 2025

## NOTICE OF DISMISSAL PURSUANT TO RULE 41

Jeff C. Grotta
Cary E. Hiltgen
Rachal Lisle
HILTGEN & BREWER, P.C.
9505 North Kelley Avenue
Oklahoma City, OK 73131

Charles A. Stewart III
Jessica Sparhawk
BRADLEY ARANT BOULT
CUMMINGS LLP
445 Dexter Avenue, Suite 9075
Montgomery, Alabama 36104

Jess S. Boone
FRIEDMAN, DAZZIO,
ZULANAS & BOWLING, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242

J. Mitch Williams
W. Daniel "Dee" Miles, III
James B. Eubank
Dylan T. Martin
H. Clay Barnett, III
Rebecca D. Gilliland
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

Jonathan D. Wynn, III
THE CLEVELAND FIRM, LLC
707 McQueen Smith Road S.
Prattville, Alabama 36066

Re: Alabama Aggregate, Inc v. Powerscreen Crushing and Screening, LLC et al
Case No.:  2:21-cv-00357-MHT-SMD

Dear Counsel:

    Pursuant to the Stipulation of Dismissal (Doc. 300) filed by the parties on 7/9/2025 and Fed. R. Civ. P. 41 (a)(1)(A)(ii), and with each party to bear their own costs and attorney's fees, this case is closed with prejudice without an order of the court.

Sincerely,

TREY GRANGER, CLERK OF COURT